IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MOHAMMAD ELABIAD, | ) CASE NO. 3:03CV7452 |
| Plaintiff, | ) CHIEF JUDGE JAMES G. CARR |
| vs. | ) **PROPOSED JUDGMENT ENTRY** |
| TRANS-WEST EXPRESS, LLC, et al., | ) |
| Defendants. | ) |

This Court having granted Plaintiff Elabiad's Motion for Entry of Judgment on damages against Defendants China Hangzhou International Economic Cooperation (hereinafter "Defendant CHIEC") and Shanghai Baoshan Pacific Container, Ltd. (hereinafter "Defendant SBPC") (see docket # 177), this Court hereby enters judgment against Defendants CHIEC and SBPC as follows:

IT IS ORDERED, ADJUDICATED AND DECREED that judgment be, and hereby is, entered in favor of Plaintiff Elabiad and against Defendant CHIEC in the amount of $4,381,600, plus interest and costs, and in favor of Plaintiff Elabiad and against Defendant SBPC in the amount of $4,381,600, plus interest and costs. The Court further finds that there remains no just reason for delay and that the execution of the instant judgment should proceed forthwith pursuant to law.

SO ORDERED.

s/ James G. Carr
_____
James G. Carr
Chief Judge